DATE OF NOTICE:  September 5, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Doris Douglas | : | Civil Action No.: 02-2935 |
| | : | |
| v. | : | |
| | : | |
| Joseph J. Healy, Lieutenant, et al. | : | |

### NOTICE

Please be advised that a **STATUS CONFERENCE** will be held by telephone on **Tuesday, October 8, 2002, at 10:30 a.m.**, with the Honorable Michael M. Baylson.  Counsel for Defendant will initiate the telephone conference and when all parties are on the line, call Chambers at (267) 299.7520.

 

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc:   Doris Douglas, Pro Se Plaintiff
      Michael S. Blume, Esquire

O:\Kashner\Scheduling - Judge Baylson\Douglas Status Conference for 10-8-2002.wpd