DATE OF NOTICE: September 26, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Doris Douglas | : | Civil Action No.: 02-2935 |
| | : | Civil Action No.: 01-7039 |
| v. | : | |
| | : | |
| Joseph J. Healy, Lieutenant, et al. | : | |

## AMENDED NOTICE

Please be advised that a **STATUS CONFERENCE HEARING** will be held on **Tuesday, October 8, 2002, at 10:30 a.m.**, with the Honorable Michael M. Baylson, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in Courtroom 8-A. All parties are required to appear.

---

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc: Doris Douglas, Pro Se Plaintiff
Michael S. Blume, Esquire

O:\Kashner\Scheduling - Judge Baylson\Douglas Status Conference1 for 10-8-2002.wpd