IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS DOUGLAS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LIEUTENANT JOSEPH J. HEALY, et al. | : | |
| | : | NO. 02-2935 |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 8th day of October, 2002, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE for failure to prosecute and for the reasons stated on the record at the hearing held on this day.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\Orders\Doris v. Healy, 02-2935, Order Dismissing Action for Failure to Prosecute.wpd