IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS DOUGLAS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LIEUTENANT JOSEPH J. | : | NO. 01-7039 |
| HEALY, et al. | : | NO. 02-2935 |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 21st day of October, 2002, appearing that Plaintiff claims that she did not have notice of a prior hearing held on October 8, 2002, it is hereby ORDERED that:

1. The Orders of the Court dated October 8, 2002 dismissing cases 01-7039 and 02-2935 are vacated; and

2. A status hearing on cases 01-7039 and 02-2935, at which Plaintiff is required to appear, will be held on Friday, November 15, 2002, at 2:30 p.m.

At the status hearing, the Court will consider Plaintiff's Motion to Re-open Cases 01-7039 and 02-2935 and Plaintiff's Motion to Remand Case 02-2935, which were hand-delivered to chambers on October 17, 2002 and which are attached hereto.

**BY THE COURT:**

_____
**MICHAEL M. BAYLSON, U.S.D.J**

A:\Douglas v. Healy, 01-7039, Hearing Order on Plaintiff's Motions.wpd