IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS DOUGLAS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LIEUTENANT JOSEPH J. HEALY, et al. | : | NO. 01-7039 |
| | : | NO. 02-2935 |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of November, 2002, following a hearing on November 15, 2002, it is ordered:

1. Plaintiff's Motion to reopen these cases is granted.

2. The cases are consolidated.

3. Plaintiff shall appear for her deposition on Wednesday, December 4, 2002 at 10:00 a.m. at the offices of Defendant's counsel at 1515 Arch Street, Philadelphia and shall remain for the completion of the deposition.

4. Any other discovery shall be completed by December 16, 2002.

5. Dispositive Motions shall be filed by December 31, 2002.

6. This case will be listed for trial on January 27, 2003.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\Orders\Douglas v. Healy, 01-7039 and 02-2935 order on hearing.wpd