IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DORIS DOUGLAS

                                                              C.A. #02-2935
                                                              District Court Docket Number

        vs.

JOSEPH J. HEALY, LIEUTENANT

Notice of Appeal Filed <u>12/13/02</u>
Court Reporter(s)/ESR Operator(s)        <u>N/A</u>

Filing Fee:
       Notice of Appeal  __Paid  _X_ Not Paid   __Seaman
       Docket Fee        __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                            Defendant's Address (for criminal appeals)

                                            Prepared by :_____
                                                            Kim Williams
                                                     Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm