IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS DOUGLAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT JOSEPH J. HEALY, et al. | : | NO. 01-7039 |
| | : | NO. 02-2935 |

**ORDER**

AND NOW, this       day of January, 2003, the Defendant having filed a Motion for Summary Judgment, and the Plaintiff having not responded, and a hearing having been held on January 27, 2003 in open court, for which the Plaintiff had notice but did not appear, at which time the procedural history of this case was placed on the record, including the Plaintiff's failures to respond to the Motion for Summary Judgment and to appear for the scheduled trial of the case, and the Court having indicated that the Court having reviewed the Defendant's Motion for Summary Judgment would likely grant it, and the Plaintiff having appeared at the judicial chambers of the undersigned shortly after the hearing was concluded, and indicating once again that she intended to secure counsel to answer the Motion, it is hereby ORDERED as follows:

Plaintiff, having previously indicated an intention to retain counsel, but not having done so, and also not performing important obligations as a party Plaintiff in this case to date, must either secure the entry of an appearance of an attorney, or answer the pending Motion for Summary Judgment, within fifteen (15) days, or the Court will rule on the Motion for Summary Judgment as unopposed.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\Orders - Civil\Douglas v. Healy, 01-7039 and 02-2935 order 1-28-03.wpd