# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS DOUGLAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT JOSEPH J. HEALY, et al. | : | NO. 01-7039 |
| | : | NO. 02-2935 |

## ORDER

AND NOW, this 6th day of March, 2003, in accordance with the Memorandum dated February 28, 2003, it is hereby ORDERED that the Plaintiff's Complaint is dismissed as to Philadelphia Fire Department, which although named as a Defendant, is not a separate legal entity against which suit can be maintained, and which has never been served.

**BY THE COURT:**

_____
**MICHAEL M. BAYLSON, U.S.D.J**

O:\Orders - Civil\Douglas v. Healy, 01-7039 and 02-2935 order 3-6-03.wpd