Civil

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DORIS DOUGLAS

                                        C.A. #02-2935
                                        District Court Docket Number

      vs.

JOSEPH J. HEALY, LIEUTENANT

Notice of Appeal Filed <u>4/25/03</u>
Court Reporter(s)/ESR Operator(s)      <u>E/R</u>

Filing Fee:
        Notice of Appeal  __Paid <u>X</u> Not Paid   __Seaman
        Docket Fee       __Paid <u>X</u> Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

                            Prepared by :_____
                                        Kim Wiliams
                                   Deputy Clerk Signature/Date

            PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
              THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm