Civil                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DORIS DOUGLAS

                                            C.A. #02-2935
                                            District Court Docket Number

        vs.

JOSEPH J. HEALY, LIEUTENANT

Notice of Appeal Filed <u>4/25/03</u>
Court Reporter(s)/ESR Operator(s)          <u>E/R</u>

Filing Fee:
        Notice of Appeal __Paid _X_ Not Paid   __Seaman
        Docket Fee       __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending




                                Defendant's Address (for criminal appeals)

_____
_____
_____

                                Prepared by :_____
                                            Kim Wiliams
                                        Deputy Clerk Signature/Date


            PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
               THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS


notapp.frm